UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY G. COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | NO.  2:19-cv-02049-BHS<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C.§ 406(b), and having considered Plaintiff's unopposed motion and the supporting documents, it is hereby ORDERED that:

1)  The Court GRANTS Plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C.§ 406(b) of $26,867.00 *less* a previously awarded and received EAJA fee of $5,672.43 to equal a total fee of $21,194.57.

2)  Defendant shall release the fee of **$ 21,194.57** minus any applicable processing fee to Plaintiff's attorney, Debra J. Venhaus, at P.O. Box 12488, Mill Creek, WA 98082.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b); 2:19-cv-02049-BHS, page 1

DATED this 19th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/DEBRA J. VENHAUS
DEBRA J. VENHAUS, WSBA #33458
Attorney for Plaintiff
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b); 2:19-cv-02049-BHS, page 2